Robert Wayne Champy
100 Deer Horn Court
Upper Saddle River, NJ 07458
Tel: 201-248-4191

*Creditor*

# UNITED STATES DISTRICT COURT OF NEW JERSEY

## BANKRUPTCY CLERK'S OFFICE

| | |
|---|---|
| **Creditor** | **ADVERSARY COMPLAINT** |
| Robert W. Champy and Gazzelle Champy | Case no. 18-34249-KCF |
| V | Judge: Honorable Judge Cathryn Ferguson |
| **Debtor** | Adv. No. 19-1115-KCF |
| Rita Ienco Plaza | |

Robert W. Champy and Gazzelle Champy assert that the debtor Rita Ienco Plaza is not entitled to receive a discharge of the debts to the creditor under the subdivisions 11 U.S.C.727-2(a) 4(c) 5

### PARTIES

1. Creditor is a resident of the State of New Jersey
2. Debtor is a resident of the State of New Jersey

## GENERAL ALLEGATIONS OF FACTS

- 727-2(a)  The debtor has held intent to hinder, delay, and defraud the creditor and has transferred, removed, concealed, and has permitted to be transferred, removed membership ownership in R & R Plaza LLC which is owner of commercial property located at 336-338 President St. Saddle Brook, NJ consisting of a mixed used commercial and 10 unit residential apartments.

- 727-4c  The debtor received, and obtain money, from the creditor with intentions of fraud pledging ownership in R & R Plaza LLC and additional assets as collateral

- 727-5  The debtor has failed to explain satisfactorily, any loss of assets or deficiency of assets to meet the debtor's liabilities, before determination of denial of discharge under this paragraph

## OBJECTION OF DISCHARGE OF DEBT

The creditor asserts that the debtor is not entitled to discharge the debts by filing chapter 7 and obtain relief from **Judgement no. J 106688 18** filed from the creditor.

DATED this 8th day of March 2019

Robert W. Champy
100 Deer Horn Court
Upper Saddle River, NJ 07458
Creditor